UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
GEORGIA

Tawanna Savage
NAME OF DEBTOR

2254 Old Salem Rd, SE
ADDRESS

Conyers, Ga 30013
CITY, STATE, ZIP

CASE NO. 23-60775

TELEPHONE NO.
678-629-1974

## PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, Tawanna Savage, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:  YES ( )    NO (✓)

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____                    _____
CITY, STATE, ZIP CODE                              TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way? ANSWER: YES ( )   NO ( )   IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER:  YES (✓)    NO ( )

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
# 18-66599-pmb

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the 1st day of Nov, 2023

_____            _____
NOTARY PUBLIC                                                              DEPUTY CLERK



*F61 (psafdt)04/04*