UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Tawanna Savage

Debtor

Case No. 23-60775
Chapter _____

*FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2023 NOV -1 PM 12: 36
VANIA S. ALLEN
CLERK
BY: _____ DEPUTY CLERK*

**STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))**

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☐ I am self-employed; or

☑ My employer did not provide pay stubs.

☑ Other _____

Dated: 11/1/2023

_____
Debtor