Fill in this information to identify your case and this filing:

Debtor 1: **Tawanna Savage**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number: _____

☐ Check if this is an amended filing

*Filed in U.S. Bankruptcy Court Northern District of Georgia*
*Vania S. Allen, Clerk*
*11:11 PM*
*NOV 1 5 2023*
*By ___ Deputy Clerk*

23-60775

## Official Form 106A/B
## Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1
Street address: **2254 Old Salem Rd, SE**

City: **Conyers**  State: **GA**  ZIP Code: **30013-0000**

County: **Rockdale**

What is the property? Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$217,000.00**
Current value of the portion you own? **$108,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**1/2 Ownership**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................=>   **$108,500.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Debtor 1 <u>Tawanna Savage</u>　　　　　　　Case number (if known) <u>23-60775</u>

**Part 2: Describe Your Vehicles**

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ___ No
   _X_ Yes

| 3.2 | Make: Ford | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
|---|---|---|---|
| | Model: F-150 | ■ Debtor 1 only | |
| | Year: 2010 | ☐ Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $4,656.00   $4,656.00 |

Creditors Who Have Claims Secured by Property.

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   _X_ No
   ___ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................⇒　　$4,656.00

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Current value of the Portion you own? Do not deduct secured claims or exemptions

6. Household goods and furnishings
   Examples: Major appliances, furniture, linens, china, kitchenware
   ___ No
   _X_ Yes Describe...
   | Furniture and household goods |　　　　$3,000.00

   **Electronics**
   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ___ No
   _X_ Yes Describe...
   | Cell phone, 2 TVs & Laptop |　　　　$150.00

   Collectibles of value
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   _X_ No
   ___ Yes

Debtor 1 Tawanna Savage                                        Case number (if known) 23-60775

9. Equipment for sports and hobbies
   Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   Yes. Describe.....

10. Firearms
    Examples: Pistols, rifles, shotguns, ammunition, and related equipment
    Yes. Describe.....

11. Clothes
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   Yes. Describe....

| Clothing | $100.00 |

12. Jewelry
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    Yes. Describe. ....

| Costume Jewelry | $20.00 |

13. Non-farm animals
    Examples: Dogs, cats, birds, horses
    O Yes. Describe.....

14. Any other personal and household item: s you did not already list, including any health aids you did not list

15. Add the dollar value of of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................    $3,270.00

    Yes. Give specific information.....

**Part 4: Describe your Financial Assets**

Do you own or have any legal or equitable interest in any of the following items?    Current value of the Portion you own? Do not deduct secured claims or exemptions

16. Cash

    Examples: Money you have in your Wallet, in your home, in a safe deposit box, and on hand when you file your petition
    X Yes.................
                                                                    Cash        $0.00

17. Deposits of money
    Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

                                            Institution name: Yes..
    X Yes
                    17.1. Checking          USAA      $1500.00

Official Form 106A[B                        Schedule MB: Property                                    page 3
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1 <u>Tawanna Savage</u>                                                    Case number (if known) 23-60775

|                  17.2. Savings              USAA                                                    $3200.00 |
|---|

**18. Bonds, mutual funds, or publicly traded stocks**
   Examples: Bond funds, investment accounts with brokerage firms, money market accounts Institution or issuer name:
   <u>X</u> No
   ___ Yes

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ___ No
   <u>X</u> Yes

| Name of entity: | % of ownership: | |
|---|---|---|
| Tawanna Savago Inc | 100 % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders. Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
   <u>X</u> No
   ___ Yes

**21. Retirement or pension accounts**
   Examples Interests in IRA, ERISA, Keogh. 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   <u>X</u> No
   ___ Yes

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   <u>X</u> No
   ___ Yes

**23. Annuities (A contract for a periodicpayment of money to you, either for life or for a number of years)**

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 US 530(b)(1) 529A(b), and 529(b)(1
   <u>X</u> No
   ___ Yes     Institution name and description. Separately file the records Of any interests _II U.S.C. S 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   <u>X</u> No
   ___ Yes

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   Examples: Internet domain names, websites, proceeds from royalties and licensing agreements
   <u>X</u> No
   ___ Yes

**27. Licenses, franchises, and other general intangibles**
   Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
      Yes. Give specific information about them...
Money or property owed to you?                                                                    Current value of the

Official Form 106A/B                       Schedule AE:Property                                           page 4
Soft-ware Copyright (c) 1996-2018 Best Case, LLC- wwwbestcase.com                        Best Case Bankruptcy

Debtor 1 Tawanna Savage _____ Case number (if known) 23-60775____

portion you own? Do not deduct secured claims/exemptions.

**28. Tax refunds Owed to you**
 X  No
 ___ Yes. Give specific information about themw including whether you already filed the returns and the tax years.......

**29. Family support**
   Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
 X  No
 ___ Yes. Give specific information......

**30. Other amounts someone owes you**
   Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, Vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
 X  No
 ___ Yes. Give specific information..

**31. Interests in insurance policies**
   Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
 X  No
 ___ Yes. Name the insurance company of each policy and list its value.
        Company name:        Beneficiary:   Surrender or refund value:
        Trustage [Life Insurance]  Taneiko Griffith   $10,000.00

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
 X  No
 ___ Yes...

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment** Examples: Accidents, employment disputes, insurance claims, or rights to Sue
 ___ No
 X  Yes. Yes. Describe each claim

        Potential lawsuits against Academy Mortgage, PennyMac Loan Services, LLC, Saedi Law Group, LLC,
        others to be named (fraud [Mortgage], malpractice [law group), etc.                          Unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
 X  No
 ___ Yes.

**35. Any financial assets you did not already list**
 X  No
 ___ Yes.

**36. Add the dollar value o fall of your entries from Part 4, including any entries for pages you have attached**        $4,700.00

**37. DO you own or have any legal or equitable interest in any business-related property?**
 X  No. Go to Part 6.
 ___ Yes. Go to line 38.

Official Form 106A,'B                Schedule MB: Property                           page 5
Software Copyright (c) 1996-2018 Best Case, LLC -www.bestcase.com Best Case Bankruptcy

Debtor 1  Tawanna Savage                                                      Case number (if known) 23-60775

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    X No. GO to Part 7.
    __ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list? Examples:
    Season tickets, country club membership
    X No
    __ Yes.

54. Add the dollar value of all of your entries from Part 7. Write that number here _____    $0.00

### Part 8: List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2 | | $108,500.00 |
| 56. Part 2: Total vehicles, line 5 | $4,656.00 | |
| 57. Part 3: Total personal and household items, line 15 | $3,270.00 | |
| 58. Part 4: Total financial assets, line 36 | $4,700.00 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm-and-fishing related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 | $0.00 | |
| 62. Total personal property. Add lines 56 through 61... | $12,656.00 | Copy personal property total  $12,656.00 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | $121,126.00 |

Fill in this information to identify your case:

Debtor 1: Tawanna Savage

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): 23-60775

O Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   - O No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

**Part 1: List All Secured Claims**

| 2.1 | Ally Bank | Describe the property that secures the claim: | Column A Amount Of claim Do not deduct the value of collateral. | Column B Value Of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|---|
| | Creditors Name | 2010 Ford F-150 | $2250.13 | $4656.00 | $0.00 |

PO Box 130424
Saint Paul, MN 55113-0004
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply.
- ☐ Unliquidated
- ☐ Disputed

Nature Of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to Offset) — Title Lien

| 2.2 | PennyMac Loan Services, LLC | $1.00 | | | |

P.O.Box 2010
Moorpark, CA 93020

Describe the property that secures the claim: To Be Determined    ___ Other: Proof of Claim Required

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 2

Debtor 1 Tawanna Savage                                                          Case number (if known) 23-60775

### Part 2: List Others to be Notified for a Debt That You Already Listed

Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in part 1, do not fill out or submit this page.

Official Form 106D Additional Page of Schedule D: Creditors Who Have Claims Secured by Property                                         page 2 of 2

Software Copyright (c) 1996-2018 Best Case, LLC

Debtor 1 Tawanna Savage                                              Case number (if known) 23-60775

## Part 2: List Others to be Notified for a Debt That You Already Listed

lready Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in part I, do not fill out or submit this page.

Official Form 106D Additional Page of Schedule D: Creditors Who Have Claims Secured by Property                              page 2 of 2

Software Copyright (c) 1996-2018 Best Case, LLC -

Fill in this information to identify your case:

Debtor 1: Tawanna Savage

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known):

☐ Check if this is an amended filing

Official Form 106E/F
Schedule E/F: Creditors Who Have Unsecured Claims                                                           12/15

Be as complete and accurate as possible. use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule AB: property (Official Form 106NB) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). DO not include any creditors with partially secured claims that are listed in
Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation page to this page. If you have no information to report in a Part, do not file that part. On the top Of any additional pages, write your name and case number (if known).

**Part 1:  List All of Your PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☒ Yes

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type Of claim it is. If a claim has both priority and nonpriority amounts. list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation page Of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |                                                                                                       | Total claim | priority amount | Nonpriority amount |
|-----|-------------------------------------------------------------------------------------------------------|-------------|-----------------|--------------------|
| 2.1 | Priority Creditor's Name<br>Georgia Department of Reveune<br>ATTN: Bankruptcy Department<br>1800 Century Blvd., N.E.<br>Atlanta GA 30345 | $0.00       | $0.00           | $0.00              |
|     |                                                                                                       |             | (if know)       |                    |
| 2.2 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114<br>Last 4 digits of account number<br>When was the debt incurred? | $0.00 | $0.00 | $0.00 |

Official Form 106 E/F                E/F: Creditors Who Have Unsecured Claims                         Page of 10
Software Copyright (c) 1996-2018 Best Case, LLC -                                                    Best Case Bankruptcy

Debtor 1 Tawanna Savage                                   Case number 23-60775

**2.3** Rockdale County Water
Resources
Attn. Bankruptcy Department
P.O. Box 1378

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Notice

### Part 2: List All of Your NONPRIORITY Unsecured Claims

Conyers, GA 30312

3. Do any creditors have nonpriority unsecured claims against you?

   No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   _X_ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of part 2.

| | | |
|---|---|---|
| 4.1 Concora Credit<br>P.O. Box 23039<br>Columbus, GA 31902 | Last 4 digits of acct no. 7880 | $699.00 |
| 4.2 Mission Lane | Last 4 digits of acct no. 1037 | $5460.00 |
| 4.3 Dept of Ed/Navient<br>PO Box 9635<br>Wilkes Barre, PA 18773 | Last 4 digits of account number 0911<br>When was the debt incurred? 9/2013 | $18,966.00 |

Number Street City State ZIP Code   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Student Loan** _____

Schedule                                                                                           4
-www.bestcase.com

Debtor 1 Tawanna Savage                                    Case number

Check apply

| | Contingent |
| | Unliquidated |
| Debtor 1 and Debtor 2 only | Disputed |
| At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community | ☐ Student loans |
| | Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| | Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  Student Loan |

| 4.1 2 | Dept of Ed/Navient | | $5,874.00 |
| | Nonpriority Creditor's Name | Last 4 digits of account number 0708 | |
| | PO Box 9635 | When was the debt incurred?  5‑2018 | |

Number Street City State ZIP Code  
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Wilkes Barre, PA 18773

☐ Debtor 1 only  ☐ Contingent
☐ Debtor 2 only  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt  ☐ Student loans
Is the claim subject to offset?  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes  ■ Other. Specify  Student Loan

| 4.1 3 | Dept of Ed/Navient | | $4,588.00 |
| | Nonpriority Creditor's Name | Last 4 digits of account number 0708 | |
| | PO Box 9635 | When was the debt incurred?  5/2018 | |

Wilkes Barre, PA 18773

Number Street City State ZIP Code  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only  ☐ Contingent
☐ Debtor 2 only  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt  ☐ Student loans
Is the claim subject to offset?  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes  ■ Other. Specify  Student Loan

Schedule - www_bestcase.com                                                   6

Debtor 1 Tawanna Savage                                Case number 23-60775

| 4.1 | Dept of Ed/Navient<br>Creditor's Name<br>9635<br>Barre, PA 18773<br>Street City   ZIP Code<br>Check one. | Last 4 digits account number<br><br>When was the debt incurred?<br><br>As the date you file, the claim is:<br><br>(if know) | all that the | |
|---|---|---|---|---|
| 4 | | 1214<br>5/2018<br>Check | apply | $1,501.00 |

Of
of

Contingent
Unliquidated

Cl At least one of the debtors and another
   Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Type of NONPRIORITY unsecured claim:
O Student loans
Cl Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Student Loan

C] Disputed

Nonpriority
PO Box
Wilkes
Number    State
Who incurred
     debt?
  Debtor 1 only
  Debtor 2 only
  Debtor 1 and Debtor 2 only

| 4.15 | Dept of Ed/Navient<br>Nonpriority Creditor's Name<br>PO Box 9635<br>Wilkes Barre, PA 18773<br>Number Street City State ZIP Code | Last 4 digits Of account number 0115<br>When was the debt incurred? 5/2018<br>As of the date you file, the claim is: Check all that apply | $1,385.00 |
|---|---|---|---|

Official Form 103 E/F E/F: Creditors Who Have Unsecured Claims   Page of 10   Software Copyright (c) 1996-2018 BestCase, LLC   Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1: **Tawanna Savage**

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known):

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B:Property (Official Form 106 A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 Name / Number Street / City State ZIP Code | |
| 2.2 Name / Number Street / City State ZIP Code | |
| 2.3 Name / Number Street / City State ZIP Code | |
| 2.4 Name / Number Street / City State ZIP Code | |
| 2.5 Name / Number Street / City State ZIP Code | |

Official Form 106G      Schedule G: Executory Contracts and Unexpired Leases      Page 1 of 1

Fill in this information to identify your case:

Debtor 1: Tawanna Savage

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known):

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.

2. Within the last 8 years, have you lived in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

NO. GO to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. In Column 1, list all Of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 1060), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill Out Column 2.

3.1 Ronnie Skrine, Jr.
Unknown

_X_ Schedule D, line 2.3
O Schedule E/F, line
O Schedule G
TBD   PennyMac Loan Services, LLC

Fill in this information to identify your case:

Debtor 1: **Tawanna Savage**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 1061
## Schedule I: Your Income 12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment

   If you attach a separate page with information about additional
   O employers.
   Include part-time, seasonal, or self-employed work.
   Occupation may include student Employers address or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed | ☐ Employed |
| | O Not employed | Not employed |
| Occupation | | Admistrative Secretary |
| Employer's name | | Adiyat Express, Inc. |
| Employer's address | | 863 Flat Shoals Rd, SE Conyers, GA 30094 |
| How long employed there? | | 2 months |

information.
have more than one job,
Employed
Employed

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | -For Debtor2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1500.00 | |
| 3. Estimate and list monthly overtime pay. | $ 0.00 | |
| 4. Calculate gross Income. Add line 2 + line 3. | $ 1500.00 | |

Debtor 1 Tawanna Savage                                 Case number (if known) 23-60755

Debtor 1 Tawanna Savage                                 Case (if known) 23-60775

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 1500.00 | $ N/A |

5. List all payroll deductions:

   5a. Tax, Medicare, and Social Security deductions

   5b. Mandatory contributions for retirement plans

   5c. Voluntary contributions for retirement plans

   5d. Required repayments of retirement fund loans

   5e. Insurance    5f. Domestic support obligations

   5g. Union dues

   5h. Other deductions, Specify:

|  |  | For Debtor 1 | For Debtor 2 |
|---|---|---|---|
| Security deductions | 5a. $ | 0 | $ N/A |
| or retirement plans | 5b. $ | 0.00 | $ N/A |
| r retirement plans | 5c. $ | 0.00 | $ N/A |
| tirement fund loans | 5d. $ | 0.00 | $ N/A |
|  | 5e. $ |  | $ N/A |
| ons | 5f. $ | 0.00 | $ N/A |
|  | 5g. $ | 0.00 | $ N/A |
|  | 5h.+ $ | 0.00 + | $ N/A |
| lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 0 | $ N/A |
| ne pay. Subtract line 6 from line 4. | 7. $ | 1500.00 | $ N/A |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
   
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

   8b. Interest and dividends

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
   
   Include alimony, spousal support. Child support. maintenance, divorce settlement, and property settlement

   8d. Unemployment compensation

   8e. Social Security

   8f. Other government assistance that you regularly receive
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify:

|  |  | For Debtor 1 | For Debtor 2 |
|---|---|---|---|
|  | 8a. $ | 0.00 | $ N/A |
|  | 8b. $ | 0.00 | $ N/A |
|  | 8c. $ | 0.00 | $ N/A |
|  | 8d. $ | 1133.00 | $ N/A |
|  | 8e. $ | 195.00 | $ N/A |
|  | 8f. $ | 0.00 | $ N/A |
| r retirement income | 8g. $ | 0.00 | $ N/A |
| thly income. Specify: | 8h.+ $ |  + | $ N/A |
| come. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ 2828 | | $ N/A |

8g.

g. Add all other income. Add lines

| | | |
|---|---|---|
| 10. Calculate monthly income. Add line 7 + line g. 10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | S | 2828.00 |

11. State all other regular contributions to the expenses that you list in Schedule J.

    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    : _____    11.  +$ _____ 0.00

    amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. at amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it    12. $ 2828.00

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule JSpecify.

12. Add the amount

    applies

    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

    ☐

    Yes. Explain: [                                                                ]

Official Form 1061            Schedule I: Your Income            page 2

Official Form 1061            Schedule I: Your Income            page 2

Fill in this information to identify your case:

**Debtor 1**  Tawanna Savage

**Debtor 2**
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number  23-60775
(if known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____

# Official Form 106J
## Schedule J: Your Expenses                                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

|  |  | Fill out this information for each dependent | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|---|
| DO not list Debtor 1 and Debtor 2. | yes. |  |  |  | O Yes. |

Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. DO you have dependents?         No

   Do not state the dependents name

   ☐ No
   ☐ Yes
   ☐ No
   ☐ Yes
   ☐ No
   O Yes

3. Do your expenses include expenses of people other than yourself and your dependents?     ■ No.     Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.
   4. **TBD**
   If not included in line 4:

Official Form 106J         Schedule J: Your Expenses

page 1

Debtor I   Tawanna Savage                                                                                                   Case number (if known) 23-6077

|  | Expenses |
|---|---|
| 4a. Real estate taxes | 4a. $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

expenses

5. Additional mortgage payments for your residence, such as home equity loans     5. $ 200.00

12. Transportation. Include gas, maintenance, bus or train fare.
    DO not include car payments.                                                   12.

13. Entertainment, Clubs, recreation, newspapers, magazines, and books    13.     $_____

14. Charitable contributions and religious donations    14.                        $_____

15. Insurance.
    DO not include insurance deducted from your pay Or included in lines 4 or 20.

    15m Life insurance
    15a.                                                                                          .01)

    15c. Vehicle insurance                                                15c. 158.00
                                                                          $_____

    15b. Health insurance                                                 15b.

16. Taxes. DO not include taxes deducted from your pay or included in lines 4 or 20.   16.
    Specify: _____

17. Installment or lease payments:
    15d. Other Insurance. Specify.15d_                                              $_____ 0.00
                                                                                   $_____ 0.00
    17a. Car payments for Vehicle 1                                      17a.      $_____ 0.00
    17b. Car                •                                payments for Vehicle 2 17b. $_____ 0.00
    17m Other.  _____           Specify:170

18. Your payments of alimony, maintenance, and support that you did not report as deducted from
    your pay on line 5, Schedule 1, Your Income (Official Form 106I).               18.

Ig. Other payments you make to support others who do not live with you.
    Specify: _____                19.  $_____ 0.00
    % 7d. Other. Specify:                                                17d.

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your
    Income.                                                                        20a.  $_____ 0.00
    20a. Mortgages on                                                    .00  20b. $_____ 0.00
    20b. Real estate taxes                                                    20c. $_____ 0.00
    20c_ Property, homeowner's, or renter's insurance                         20d. $_____ 700.00
    20d. Maintenance; repair. and upkeep expenses                             20e. $_____
    20e. Homeowner's association or condominium dues

Official Form 106J                     Schedule J: Your Expenses

page 2