## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>TAWANNA SAVAGE,<br><br>   Debtor. | Case No. 23-60775-TJ23<br><br>Chapter 13 |

## REQUEST FOR SPECIAL NOTICE

TO:  UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for PennyMac Loan Services, LLC and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP submits this Request for Notice and Service of Copies as attorneys for PennyMac Loan Services, LLC.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Evan Durkovic<br>
Aldridge Pite, LLP<br>
Six Piedmont Center<br>
3525 Piedmont Road, N.E., Suite 700<br>
Atlanta, GA 30305

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

  a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

  b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

  c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

  d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

  e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: November 27, 2023        ALDRIDGE PITE, LLP

                /s/ Evan Durkovic
                Evan Durkovic (SBN 948332)
                edurkovic@aldridgepite.com
                Aldridge Pite, LLP
                Six Piedmont Center
                3525 Piedmont Road, N.E., Suite 700
                Atlanta, GA 30305
                Phone: (404) 994-7400
                Fax: (888) 873-6147

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>TAWANNA SAVAGE,<br><br>            Debtor. | Case No. 23-60775-TJ23<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on November 27, 2023, I caused to be served a copy of Request for Special Notice which was filed in this bankruptcy matter on November 27, 2023, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system:**

Melissa J. Davey

**The following parties have been served via U.S. First Class Mail**:

Tawanna Savage
2254 Old Salem Rd, SE
Conyers, GA 30013

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: November 27, 2023

/s/ Evan Durkovic
Evan Durkovic (SBN 948332)
edurkovic@aldridgepite.com
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147