IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk
2:44 pm
NOV 28 2023
By: _____
Deputy Clerk

IN RE:

TAWANNA SAVAGE,

Debtor

TAWANNA SAVAGE,    DOCKET NO: 23-60775-TJ23

Debtor /Pro Se

## MOTION TO EXTEND THE AUTOMATIC STAY

Debtor, Tawanna Savage/Pro Se respectfully request that this Court extend the automatic stay pursuant to 11 U.S.C. § 362(c)(3), and in support states as follows:

1. Debtor(s) filed this Chapter 13 bankruptcy petition on November 1, 2023.

2. On October 1, 2018, Debtor filed Bankruptcy Case No. 18-66599-pmb, in the United States Bankruptcy Court, Northern District of Georgia, Atlanta, Division, under Chapter 13. The Prior Case was subsequently voluntarily dismissed without prejudice on October 27, 2023. Debtor had no other pending bankruptcy cases dismissed in the preceding one-year period.

3. Debtor did not have any prior cases dismissed in the past year for any of the following reasons:

   a. failure to file or amend other required documents without substantial excuse;
   b. failure to provide adequate protection as ordered by the Court; or
   c. failure to perform the terms of a plan confirmed by the Court.

4. There has been a substantial change in the Debtor(s) circumstances since the dismissal of the Prior Case as Debtor has returned to work. Debtor has been made aware that a Fifty-Thousand Dollar ($50,000.00) Homeowner Assistance Fund Grant has been paid to PennyMac Loan Services, LLC (listed on the Matrix) within the past six months of 2023 without my knowledge until the last four months wherein I have requested verification as to how those funds were applied. I have only received a standard printout.

Since the status of any arrearages is necessary for proper listing of any debts that may be owed, it is pertinent that PennyMac Loan Services, LLC provide a true, validated, and accountable application of those funds.

As of today, November 28, 2023, under § 1024.36 request for information, I have sent a QWR [qualified written request] for information relating to the service of those funds as they are under 11 U.S.C. § 1306(a)(1), and thus the Grant Funds are property of Debtor's estate. The Chapter 13 Trustee has duties to protect the property of the estate pursuant to 11 U.S.C. § 704(a)(1)(2).

WHEREFORE, the Debtor request this Court grant this Motion to Extend the Automatic Stay as to all creditors, after notice and opportunity to be heard, and for all other proper relief.

This 28th day of November, 2023.

_____
Tawanna Savage, PRO SE
Attorney for the Debtor

2254 Old Salem Road, S.E.
Conyers, Georgia 30013
Phone: (678) 629-1974
Email: tawannasavage@yahoo.com

IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              *
                                    *
TAWANNA SAVAGE,                     *
                                    *
   Debtor.                          *
                                    *
                                    *    DOCKET NO: 23-60775-TJ23
TAWANNA SAVAGE,                     *
                                    *
   Debtor / Pro Se,                 *
                                    *

### CERTIFICATE OF SERVICE

I do hereby certify that I have this day served all parties of record in the instant matter with a copy of the enclosed *MOTION TO EXTEND THE AUTOMATIC STAY* via Regular Mail to the Trustee below and to all listed on the Matrix attached.

> Ms. Melissa J. Davey
> Standing Chapter 13 Trustee
> 233 Peachtree Street, N.E.
> Suite 2255
> Atlanta, Georgia 30303

Respectfully this 28th, day of November 2023.

_____
Tawanna Savage, PRO SE
Attorney for the Debtor

2254 Old Salem Road, S.E.
Conyers, Georgia 30013
Phone: (678) 629-1974
Email: tawannasavage@yahoo.com

Xc: See Matrix Attached

## LIST OF CREDITORS

Rockdale County Water Resources  Acct# 415390-220342
zP.O. Box 1378
Conyers, GA 30312-1378

Concora Credit  Acct# ending in 7880
P.O. Box 4477
Beaverton, Oregon 97076-4477

Mission Lane, LLC  Acct# ending in 1902
P.O. Box 105286
Atlanta, GA 30348-5286

PennyMac Loan Services, LLC  Acct# 8013768536
P.O. Box 30597
Los Angeles, CA 90051-4387

Ally Financial  Acct ending in 1037
P.O. Box 382901
Bloomington, MN 55438