**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

| | |
|---|---|
| In     Debtor(s) | |
| Re:    **Tawanna Savage** | Case No.: **23−60775−TJ23** |
| | Chapter:  **13** |

# Order Dismissing Case For Failure Of Debtor To Correct Filing Deficiency

The above referenced case was filed on November 1, 2023. An Order was entered by the Court on November 2, 2023 directing the debtor to correct one or more filing deficiencies, and the debtor has failed to comply with the Order, and/or any subsequent order extending the time to cure filing deficiencies. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court by December 11, 2023.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

**SO ORDERED,** on November 27, 2023.

*Wendy L. Hagenau*

TJ23
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Dated: 11/27/23

Form 522

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-60775-TJ23 |
| Tawanna Savage | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Nov 27, 2023 | Form ID: 522 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tawanna Savage, 2254 Old Salem Rd, SE, Conyers, GA 30013-2018 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24534301 | | EDI: GMACFS.COM | Nov 28 2023 01:16:00 | Ally Bank, PO Box 130424, Saint Paul, MN 55113-0004 |
| 24508512 | | EDI: GMACFS.COM | Nov 28 2023 01:16:00 | Ally Financial, P.O. Box 382901, Bloomington, MN 55438 |
| 24534328 | + | EDI: PHINGENESIS | Nov 28 2023 01:19:00 | Concora Credit, P.O. Box 23039, Columbus, GA 31902-3039 |
| 24508509 | + | EDI: PHINGENESIS | Nov 28 2023 01:19:00 | Concora Credit, P.O. Box 4477, Beaverton, Oregon 97076-4401 |
| 24534330 | + | EDI: MAXMSAIDV | Nov 28 2023 01:16:00 | Dept of Ed / Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 24534303 | | EDI: GADEPTOFREV.COM | Nov 28 2023 01:16:00 | Georgia Department of Revenue, Attn: Bankruptcy Department, 1800 Century Blvd., N.E., Atlanta, GA 30345 |
| 24534304 | | EDI: IRS.COM | Nov 28 2023 01:16:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 24508510 | | Email/Text: ml-ebn@missionlane.com | Nov 27 2023 20:29:00 | Mission Lane, LLC, P.O. Box 105286, Atlanta, GA 30348-5286 |
| 24508511 | + | Email/PDF: ebnotices@pnmac.com | Nov 27 2023 20:28:42 | PennyMac Loan Services, LLC, P.O. Box 30597, Los Angeles, CA 90030-0597 |
| 24534309 | | Email/Text: kellie.foster@rockdalecountyga.gov | Nov 27 2023 20:29:00 | Rockdale County Water Resources, Attn: Bankruptcy Department, P.O. Box 1378, Conyers, GA 30312 |
| 24508508 | | Email/Text: kellie.foster@rockdalecountyga.gov | Nov 27 2023 20:29:00 | Rockdale County Water Resources, P.O. Box 1378, Conyers, GA 30312-1378 |
| 24534307 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 27 2023 20:29:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 24534329 | | Mission Lane |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: 522 | Total Noticed: 13 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Evan Owens Durkovic | on behalf of Creditor Wilmington Savings Fund Society FSB ecfganb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| Melissa J. Davey | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

TOTAL: 2