IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

TAWANNA SAVAGE,

    Debtor

_____

TAWANNA SAVAGE,

    Debtor /Pro Se

DOCKET NO: 23-60775-TJ23

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk
9:15am
NOV 3 0 2023
By: _____
Deputy Clerk

## MOTION FOR RECONSIDERATION OF DISMISSAL

Debtor, Tawanna Savage/Pro Se respectfully request that this Court reconsider the Dismissal of this case and in support states as follows:

1. Debtor(s) filed her schedules on November 15, 2023.

2. It has come to the attention of Debtor that all schedules were not receive.

3. Debtor has resent the schedules identified by the Clerk as not received as remedy on November 30, 2023.

WHEREFORE, the Debtor request this Court grant Motion For Reconsideration =.

This 30th day of November, 2023.

_____
Tawanna Savage, PRO SE
Attorney for the Debtor

2254 Old Salem Road, S.E.
Conyers, Georgia 30013
Phone: (678) 629-1974
Email: tawannasavage@yahoo.com

# IN THE UNITED STATES BANKRUPCTY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:              *
                    *
TAWANNA SAVAGE,     *
                    *
    Debtor.         *
                    *
_____*   DOCKET NO: 23-60775-TJ23
                    *
TAWANNA SAVAGE,     *
                    *
    Debtor / Pro Se,*
                    *

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served all parties of record in the instant matter with a copy of the enclosed *Motion For Reconsideration* via Regular Mail to the Trustee below and to all listed on the Matrix attached.

> Ms. Melissa J. Davey
> Standing Chapter 13 Trustee
> 233 Peachtree Street, N.E.
> Suite 2255
> Atlanta, Georgia 30303

Respectfully this 30th, day of November 2023.

_____
Tawanna Savage, PRO SE
Attorney for the Debtor

2254 Old Salem Road, S.E.
Conyers, Georgia 30013
Phone: (678) 629-1974
Email: tawannasavage@yahoo.com

Xc: See Matrix Attached