## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Tawanna Savage**
2254 Old Salem Rd, SE
Conyers, GA 30013

**xxx–xx–1037**

Case No.: **23–60775–TJ23**
Chapter: **13**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**December 14, 2023** at **09:15 AM** in **Courtroom 1403, Atlanta** to consider and act upon the following:

Debtor's Motion to Reconsider Dismissal Order.

Hearings may be attended in person or via the Court's Virtual Hearing Room. Please check the "Dial–In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, for more information and instructions on how to participate in Court hearings.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_Vania S. Allen_
Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: December 4, 2023

Form 165
Revised May 2023