UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Tawanna Savage**<br>2254 Old Salem Rd, SE<br>Conyers, GA 30013<br><br>xxx−xx−1037 | Case No.: **23−60775−TJ23**<br>Chapter: **13** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**December 14, 2023** at **09:15 AM** in **Courtroom 1403, Atlanta** to consider and act upon the following:

Debtor's Motion to Reconsider Dismissal Order.

Hearings may be attended in person or via the Court's Virtual Hearing Room. Please check the "Dial−In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, for more information and instructions on how to participate in Court hearings.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

*Vania S. Allen*
_____
Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: December 4, 2023

Form 165
Revised May 2023

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 23-60775-TJ23
Tawanna Savage  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 2
Date Rcvd: Dec 04, 2023      Form ID: 165      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tawanna Savage, 2254 Old Salem Rd, SE, Conyers, GA 30013-2018 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Dec 04 2023 20:40:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 24534301 | | Email/Text: ally@ebn.phinsolutions.com | Dec 04 2023 20:39:00 | Ally Bank, PO Box 130424, Saint Paul, MN 55113-0004 |
| 24508512 | | Email/Text: ally@ebn.phinsolutions.com | Dec 04 2023 20:39:00 | Ally Financial, P.O. Box 382901, Bloomington, MN 55438 |
| 24534328 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 04 2023 20:41:00 | Concora Credit, P.O. Box 23039, Columbus, GA 31902-3039 |
| 24508509 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 04 2023 20:41:00 | Concora Credit, P.O. Box 4477, Beaverton, Oregon 97076-4401 |
| 24534330 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 04 2023 20:48:40 | Dept of Ed / Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 24534303 | | Email/Text: brnotices@dor.ga.gov | Dec 04 2023 20:40:00 | Georgia Department of Revenue, Attn: Bankruptcy Department, 1800 Century Blvd., N.E., Atlanta, GA 30345 |
| 24534304 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2023 20:40:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 24508510 | | Email/Text: ml-ebn@missionlane.com | Dec 04 2023 20:39:00 | Mission Lane, LLC, P.O. Box 105286, Atlanta, GA 30348-5286 |
| 24508511 | + | Email/PDF: ebnotices@pnmac.com | Dec 04 2023 20:37:33 | PennyMac Loan Services, LLC, P.O. Box 30597, Los Angeles, CA 90030-0597 |
| 24534309 | | Email/Text: kellie.foster@rockdalecountyga.gov | Dec 04 2023 20:39:00 | Rockdale County Water Resources, Attn: Bankruptcy Department, P.O. Box 1378, Conyers, GA 30312 |
| 24508508 | | Email/Text: kellie.foster@rockdalecountyga.gov | Dec 04 2023 20:39:00 | Rockdale County Water Resources, P.O. Box 1378, Conyers, GA 30312-1378 |
| 24534307 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Dec 04 2023 20:40:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 24543624 | | Email/Text: bankruptcynotice@franklincredit.com | Dec 04 2023 20:40:00 | Wilmington Savings Fund Society, FSB, c/o Franklin Credit Management Corp., P.O. BOX 2301, Jersey City, NJ 07303-2301 |

TOTAL: 14

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Dec 04, 2023 | Form ID: 165 | Total Noticed: 15 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 24534329 | | Mission Lane |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Evan Owens Durkovic | on behalf of Creditor Wilmington Savings Fund Society  FSB ecfganb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| Evan Owens Durkovic | on behalf of Creditor PennyMac Loan Services  LLC ecfganb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| Melissa J. Davey | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

TOTAL: 3