Official Form 106C

# Schedule C: The Property You Claim as Exempt          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part 2: Additional Page as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way Of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount Of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value Of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   Identify the Property You Claim as Exempt

1. Which set Of exemptions are you claiming? Check one only, even if your spouse is filing with you.

    _X_ You are claiming state and federal nonbankruptcy exemptions. 11 US-C. S 522(b)(3)

    ____ You are claiming federal exemptions. II U.S.C. S 522(b)(2

2. For any property you list on Schedule AB that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount Of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Furniture and household goods<br>Line from Schedule "B: 6.1 | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to 100% of fair market value, up to any applicable statutory limit | O.C.G.A. S 44-13-100(a)(4) |
| Cell phone, 2 TVs & Laptop<br>Line from Schedule A/B: 7.1 | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to<br>100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Clothing<br>Line from Schedule A/B: 11.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to<br>100% offair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Costume Jewelry<br>Line from Schedule A/B: 12.1 | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to<br>100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |
| Checking: USAA<br>Line on Schedule A/B: 17.1 | $1500.00 | $1500.00<br>100% of fair market value, up to any applicable statutory limit | O.C.G.A. S 44-13-100(a)(6) |

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk
10:08 Am
DEC - 8 2023
By: _Rachael Smith_
Deputy Clerk

Debtor 1 Tawanna Savage _____    Case number (if known) 23-60775 _____

| Brief description of the property and line on Schedule A/B: 17.2 | Current value of the portion you own Copy the value from Schedule /B | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: USAA** line on Schedule A/B: 17.2 | $3200.00 | $3200.00 | O.C.G.A. S 44-13-100(a)(6) |
| **Potential lawsuit against Academy Mortgage, PennyMac Loan Services, LLC, Saedi Law Group, LLC, Reserve for additional lawsuits as they present** Line from Schedule A/B: 33.1 0 100% of fair market value, up to | Unknown exempt any applicable statutory limit | Unknown | O.C.G.A. S 44-13-100(a)(6) **Debtor reserves the right to** |

3. Are you claiming a homestead exemption Of more than $160,375?
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■  No
☐  Yes. I Did you acquire the property covered by the exemption within 1,215 days before you filed this case?