IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

TAWANNA SAVAGE,

Debtor

_____

TAWANNA SAVAGE,

Debtor /Pro Se

DOCKET NO: 23-60775-TJ23

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk
2:30 pm
DEC 1 3 2023
BY: _____
Deputy Clerk

## Grounds in Support of Request for Reconsideration and Enumertion of Injuries To Debtor As a Result of a Dismissal

Upon learning of the Court's Order of Dismissal dated November 27, 2023 while on PACER November 30, 2023[1], Debtor/Pro Se made it immediately known to the Court in her filing for a Reconsideration of Dismissal she was unaware that schedules had not been received after her electronic filing on November 15, 2023. The missing Schedules were refiled immediately (within one hour of PACER discovery).

Upon a second *Order Setting Deadline to Correct Filing Deficiency Pursuant to the Amended and Restated General Order 45-2021* dated November 30, 2023 and received by Postal Mail December 7, 2023, Debtor/Pro Se was given ten days from the signing of the *Order* to either mail or hand deliver the only identified missing document *Original Declaration About Debtor's Schedule* (Form 106). Of note, days 9 and 10 were a Saturday and Sunday.

_____

[1]Received via United States Postal Mail on December 4, 2023.

1

Debtor/Pro Se *Hand Delivered* to the Clerk on December 8, 2023, the missing schedule and validation as required by the *Order* as verification. Upon review to assure there were no other issues, Debtor/Pro Se learned that *Schedule C* was not showing in the record. This Schedule was hand delivered at the same time as *Form 106* to assure the record was complete.

Reconsideration and reinstatement of this case is necessary to prevent manifest injustice whereby a direct and observable unconscionable effect will occur as a result of a technical error with a disparity of outcome when taken together and supported by clear and convincing evidence that the error was not one of deliberate ommision or disregard. There is a potential for a great harm to the integrity of the method as a whole unless the process of filing is afforded the discretion to resolve the matter in a fair manner.

### *Enumertion of Injuries To Debtor As a Result of A Dismissal*

This is not a case where Debtor attempts to keep a house while in bankruptcy without paying for it. Rather, this is a case where Debtor seeks the Court's oversight in assurring that payments are appropriately applied and shown within the required Schedules.

Newly discovered evidence exists as it relates to payments made to the Servicer PennyMac Loan Services, LLC (Herein After 'PennyMac') that must be considered an asset on the Debtor's ledger, that Asset is a Fifty-Thousand Dollar ($50,000.00) Georgia Homeowner Assistance Grant paid on behalf of Debtor to PennyMac August 25, 2023 and not June 2023 (see Exhibit A). This discovery affects Debtor as follows:

2

1. Debtor/Pro Se was unable to fully complete the Chapter 13 Plan without accurate validation of what is truly owed as regard the Servicer; to wit, Debtor/Pro Se stated To Be Determined ('TBD') in response to those things related to 'mortgage' in the Chapter 13 Plan filed.

2. PennyMac through Aldridge PITE, LLP filed and scheduled an auction foreclosure for November 7, 2023, after receiving Fifty-Thousand Dollars ($50,000.00) on August 25, 2023 without valid disclosure as to how the funds were applied to their claimed amount (see Exhibit B);

3. Since auction foreclosures do not require verification of what is actually owed and only states what the lender will accept as the highest bid, the Fifty-Thousand Dollar ($50,000.00) Georgia Homeowner Assistance Grant is not 'called into play';

4. As remedy, Debtor/Pro Se submitted a Qualified Written Request (QWR) to PennyMac for validation of not only the application of the Fifty-Thousand Dollars ($50,000.00) but also the application of all payments received from Debtor [Exhibit C: Proof of QWR Request].

For the reasons provided, Debtor/Pro Se asks this Court for Reconsideration of Dismissal taking into consideration in this matter on how the detriment and injustice will effect the the Debtor.

This 13th day of December, 2023.

_____
Tawanna Savage, PRO SE
Attorney for the Debtor

2254 Old Salem Road, S.E.
Conyers, Georgia 30013
Phone: (678) 629-1974
Email: tawannasavage@yahoo.com

3

IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| TAWANNA SAVAGE, | * |
| | * |
| Debtor. | * |
| | * |
| | *  DOCKET NO: 23-60775-TJ23 |
| TAWANNA SAVAGE, | * |
| | * |
| Debtor / Pro Se, | * |
| | * |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served, in the instant matter, a copy of the enclosed *Documents in Support of Request for Reconsideration Enumertion of Injuries To Debtor As a Result of A Dismissal* via Regular Mail to the Trustee below.

> Ms. Melissa J. Davey
> Standing Chapter 13 Trustee
> 233 Peachtree Street, N.E.
> Suite 2255
> Atlanta, Georgia 30303

Respectfully this 13th, day of December 2023.

/s/ Tawanna Savage, PRO SE
Attorney for the Debtor

2254 Old Salem Road, S.E.
Conyers, Georgia 30013
Phone: (678) 629-1974
Email: tawannasavage@yahoo.com

4

Georgia Mortgage Assistance is now accepting applications from Homeowners who suffered a financial hardship ...

**Georgia** Department of
**Community Affairs**

EXHIBIT A: Georgia Homeowner's Assistance Grant

## Welcome back Tawanna,

Welcome to the application portal for the State of Georgia HAF Program! We are here to provide you with assistance and information on how to apply to receive aid.

## Application Status: Assistance Complete  Aug 28, 11:05 AM

⬇ **Download PDF Copy of Completed Application**

### Payments Schedule   1 Program

Payment dates listed under Status are approximate. It may take 10 to 14 days before your financial institution posts the payment to your account.

| PROGRAM | LOAN | AMOUNT | SCHEDULED DATE | STATUS |
|---|---|---|---|---|
| Mortgage Reinstatement | PennyMac Loan Services LLC 8013768536 | $50,000.00 | 04-05-2023 | Paid, 08-25-2023 |

Rows: 10

🌐 **Tell us about you** ∧

🌐 **Tell us about your co-applicant(s)** ∧

🌐 **Tell us about your household** ∧

🌐 **Tell us about your loan(s)** ∧

# ALDRIDGE PITE, LLP

September 6, 2023

Tawanna Savage
2254 Old Salem Rd Se
Conyers, GA 30013

EXHIBIT B: PennyMac Loan Services, LLC and Aldridge PITE, LLP

| | |
|---|---|
| RE: | Your debt dispute |
| Our File Number: | 1120-24030A |
| Servicer: | PennyMac Loan Services, LLC |
| Servicer's Loan Number: | 8013768536 |
| Property: | 2254 Old Salem Rd Se, Conyers, GA 30013 |

**PLEASE BE ADVISED THAT THIS LETTER MAY CONSTITUTE AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Dear Tawanna Savage:

In response to your letter, this letter serves as a verification of the debt owed to PennyMac Loan Services, LLC. PennyMac Loan Services, LLC is authorized to collect payment on your loan. Please find enclosed copies of the note and security deed that were signed by you at the time of closing. These documents also provide you with the name and address of the original lender.

According to our client's records, the amount owed on this loan through 9/1/2023 was $211,428.15. A breakdown of this amount is as follows:

| | |
|---|---|
| Principal Balance: | $191,689.15 |
| Interest: | $12,899.09 |
| Pro Rata MIP: | $262.08 |
| Escrow Advance: | $6,893.89 |
| Suspense: | ($500.30) |
| Late Charges; | $184.24 |

This figure is provided for debt validation purposes only and does not constitute a current payoff quote or a demand for this amount. This figure may not include all attorney fees and costs for the current foreclosure action for which you may be responsible. To obtain an updated payoff quote or the amount needed to bring your loan current, please contact our office.

Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
(404) 994-7400
888-246-7307
California Debt Collector License
Number 10724-99



Tawanna Savage
2254 Old Salem Road, SE
Conyers, Georgia 30013

EXHIBIT C: Qualified Written Request

December 8, 2023

**VIA CERTIFIED MAIL & FAX: [405] 602-1520**

Attn: Mortgage Loan Accounting Department or Borrower Inquiry Department or
Mortgage Compliance Manager
2000 North Classen Blvd #3200
Oklahoma City, OK 73106

Re:[acct. no.] 8013768536
Tawanna Savage
2254 Old Salem Road, SE
Conyers, GA 30013

Dear Sir or Madam:

PennyMac Loan Services, LLC is the servicer of a stated mortgage loan at the above address. I dispute the amount that you claim is owed according to the Monthly Billing Statement and request that you send me information about the fees, costs, and escrow accounting on this loan. This is a "qualified written request" pursuant to the Real Estate Settlement and Procedures Act (section 2605(e)).

Specifically, I am requesting the following information:

1.      A complete payment history which lists the dates and amounts of all the payments I have made on the loan to date, and shows how each payment was applied or credited (whether to principal, interest, escrow, suspense, or some other treatment);

2.      A breakdown of the amount of claimed arrears or delinquencies on my account, including an itemization of all fees and charges you claim are currently due;

3.      An explanation of how the amount due on the Monthly Billing Statement dated November 1, 2023 was calculated and an explanation of why this amount is claimed;

4.      An explanation of how the amount due in the most recent foreclosure notice] dated September 6, 2023 approximately Twenty Thousand Two Hundred and Thirty-Nine Dollars and Thirty Cents ($20,239.30) which is minus the suspense account [of $500.30] was validated;

Page 2, Savage QWR

    5.    An explanation of how the amount due on the Monthly Billing Statement dated December 2, 2023 was calculated and an explanation of why this amount is claimed;

    6.    An explanation of how the amount due on the Monthly Billing Statement dated December 2, 2023 was calculated and an explanation of why this amount was increased to [*amount*] in the most recent Statement [or foreclosure notice] dated [*date*];

    7.    The payment dates, purpose of payment, and recipient of any and all foreclosure fees and costs that have been charged to our account;

    8.    The payment dates, purpose of payment, and recipient of all escrow items charged to our account since [*date mortgage co. or servicer took over the servicing*];

    9.    A breakdown of the current escrow charge showing how it is calculated and the reasons for any increase within the last 24 months;

    10.    A copy of any annual escrow statements, and notices of a shortage, deficiency, or surplus, sent to us within the last three (3) years; and

    11.    The current balance in any suspense account as of [*date*] and the reason why such funds were deposited in the account; and, most importantly,

    12.    Lawful accounting on how the funds received from the Georgia Home Owners Assitance Grant in the amount of Fifty-Thousand Dollars ($50,000.00) paid to my 'account' on August 25, 2023 was applied (see Attachment A)

    Thank you for taking the time to acknowledge and answer this request as required by the Real Estate Settlement and Procedures Act (section 2605(e)).

Very truly yours,

*[signature]*
Tawanna Savage
TS/ts
Attachment A: Georgia Home Owners Assitance Grant Verification



# UNITED STATES POSTAL SERVICE

CONYERS
1705 HIGHWAY 138 SE
CONYERS, GA 30013-9998
(800)275-8777

12/09/2023                              11:34 AM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.66 |

Oklahoma City, OK 73106
Weight: 0 lb 0.60 oz
Estimated Delivery Date
Tue 12/12/2023
Certified Mail®                         $4.35
Tracking #:
70222410000170271598

Total                                   $5.01

Prepaid Mail        1                   $0.00
York, PA 17406
Weight: 0 lb 8.30 oz
Acceptance Date:
Sat 12/09/2023
Tracking #:
9218 7902 5048 4802 8783 89

---

Grand Total:                            $5.01
---
Cash                                    $5.01

---

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 122046-0380
Receipt #: 840-53000099-1-10028115-2
Clerk: 73



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Oklahoma City, OK 73106

Certified Mail Fee  $4.35
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $____
☐ Return Receipt (electronic)     $0.00
☐ Certified Mail Restricted Delivery $____
☐ Adult Signature Required        $____
☐ Adult Signature Restricted Delivery $____
Postage  $0.66
Total Postage and Fees  $5.01

Sent To  Mortgage Compliance Manager USPS
Street and Apt. No., or PO Box No. 2000 North Classen Blvd #3200
City, State, ZIP+4  Oklahoma City, OK 73106

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 2410 0001 7027 1598

Postmark DEC 08 2023   12/09/2023