UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **TAWANNA SAVAGE,** | ) | CASE NO. **23-60775-TJ23** |
| | ) | |
| DEBTOR. | ) | |

### TRUSTEE'S STATUS REPORT

COMES NOW Melissa J. Davey, Standing Chapter 13 Trustee in the above-styled case, and respectfully notifies the Court of the following:

1.

On December 14, 2023, at the hearing on Debtor's Motion to Reconsider Dismissal, the Court determined that the motion may be granted, provided that Debtor pay $516.00 to the Chapter 13 Trustee as a payment under the proposed Plan.

2.

Trustee has reviewed the case and reports that **Debtor has paid $516.00** through an online payment which was initiated on December 15, 2023, and which cleared and posted to the Trustee's account on December 22, 2023.

Dated: This the 22nd day of December, 2023.

_____/s/_____
Mandy K. Campbell, Staff Attorney
GA Bar 142676
Chapter 13 Trustee
233 Peachtree St., NW, Suite 2250
Atlanta, Georgia 30303
678-510-1444
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **TAWANNA SAVAGE,** | ) | CASE NO. **23-60775-TJ23** |
| | ) | |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, I electronically filed the foregoing Chapter 13 Trustee's Status Report with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Debtor:
Tawanna Savage
2254 Old Salem Rd., SE
Conyers, GA 30013

December 22, 2023.

                                    /s/
                          Mandy K. Campbell,
                        GA Bar No. 142676
                        Attorney for Melissa J. Davey, Chapter 13 Trustee
                        Suite 2250
                        233 Peachtree Street, NE
                        Atlanta, GA 30303
                        Telephone: 678-510-1444
                        facsimile: 678-510-1450
                        mail@13trusteeatlanta.com