**IT IS ORDERED as set forth below:**



Date: January 3, 2024

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE: | CASE NO. 23-60775-TJ23 |
|---|---|
| Tawanna Savage, | CHAPTER 7 |
| Debtor, | |

**ORDER VACATING ORDER DISMISSING CASE**

**THIS MATTER** is before the Court on Debtor's Motion to Reconsider Dismissal Order (the "Motion") [Doc. No. 22]. On December 14, 2023, the Court held a hearing on the Motion at which Debtor appeared virtually and the Chapter 13 Trustee, Mandy Campbell, appeared in person. No objections were filed, but the Trustee requested the Court render this Order contingent on the Debtor making a payment in the amount of $516.00. This payment was made as of

1

December 22, 2023. Accordingly,

**IT IS ORDERED** that the Motion is hereby **GRANTED.** The order dismissing the case is **VACATED.**

**IT IS FURTHER ORDERED** that the above-styled case is **REINSTATED**.

The Clerk's Office is directed to serve a copy of this Order on the Debtor, the Chapter 13 Trustee, and all parties on the case mailing matrix.

**##END OF DOCUMENT##**