IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CASE NO. 23-60775-TJ23 |
|---|---|
| TAWANNA SAVAGE, | CHAPTER: 13 |
| Debtor. | JUDGE: TJ23 |

OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE

COMES NOW PennyMac Loan Services, LLC, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 2254 Old Salem Rd SE, Conyers, Georgia 30013, and for the reasons stated below, objects to confirmation of the Plan and moves to dismiss this case, as follows:

1. On January 10, 2024, Creditor filed a pre-petition arrearage claim in the amount of $34,824.38. The plan fails to list an amount of arrears and an arrearage payment, and for this reason, Creditor objects.

2. Creditor reserves the right to raise the failure of Debtor to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan and moves to dismiss this case. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/ *Evan Durkovic*
Evan Durkovic, Bar No.: 948332
Attorney for Creditor
ALDRIDGE PITE, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: edurkovic@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>TAWANNA SAVAGE,<br><br>Debtor. | Case No. 23-60775-TJ23<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

This is to certify that on this day I electronically filed the foregoing **OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Melissa J. Davey

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

Tawanna Savage
2254 Old Salem Rd, SE
Conyers, GA 30013

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: January 16, 2024

/s/ *Evan Durkovic*
Evan Durkovic, Bar No.: 948332
Attorney for Creditor
ALDRIDGE PITE, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: edurkovic@aldridgepite.com