**IT IS ORDERED as set forth below:**



**Date: March 26, 2024**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE: | CASE NO. 23-60775-TJ23 |
|---|---|
| Tawanna Savage, | CHAPTER 13 |
| Debtor. | |

## ORDER DISMISSING CASE

**THIS CASE** came before the Court for confirmation and the Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss Case [Doc. 44] on March 21, 2024. Debtor appeared in person, representing herself pro se, and counsel for the Chapter 13 Trustee [Mandy Campbell] also appeared in person.

Debtor previously filed a Chapter 13 bankruptcy petition on October 2, 2018. [Case 18-66599]. During that case, creditor PennyMac Loan Services, LLC filed a Motion for Relief from

1

the Automatic Stay pursuant to 11 U.S.C. §362. [Case 18-66599, Doc. 77]. The Court granted that Motion for Relief on March 21, 2023 [Case 18-66599, Doc. 112]. Foreclosure was scheduled in November of 2023, but Debtor voluntarily dismissed her case on October 27, 2023, and filed this case on November 1, 2023 to avoid foreclosure.

Section 109(g) of the Bankruptcy Code provides: "Notwithstanding any other provision of this section, no individual or family farmer may be a debtor under this title who has been a debtor in a case pending under this title at any time in the preceding 180 days if— . . . the debtor requested and obtained the voluntary dismissal of the case following the filing of a request for relief from the automatic stay provided by section 362 of this title." 11 U.S.C. §109(g).

Due to the Debtor's voluntary dismissal of Case 18-66599 after the Court granted a request of relief from the automatic stay, the Debtor was barred from refiling again for a period of 180 days from the date of her voluntary dismissal. This case was filed within that 180 day period. The Debtor is therefore not eligible to be a debtor under the Bankruptcy Code.

For these and the reasons stated on the record at the hearing on March 21, 2024 which the Court reserves the right to supplement,

**IT IS ORDERED** that this case is **DISMISSED.**

<u>**END OF DOCUMENT**</u>

## Distribution list

Tawanna Savage
2254 Old Salem Rd, SE
Conyers, GA 30013

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

All parties on the case mailing matrix.