**IT IS ORDERED as set forth below:**



Date: May 2, 2024

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-60775-TJ23 |
| Tawanna Savage, | CHAPTER 13 |
| Debtor. | |

### ORDER DENYING DEBTOR'S MOTION TO RECONSIDER DISMISSAL

This matter came before the Court on the Debtor's Motion For Reconsideration of Order of Dismissal ("Motion") [Docket No. 55]. A hearing was held on May 2, 2024 at which the Debtor appeared virtually. For the reasons stated on the record, which the Court reserves the right to supplement, it is hereby

**ORDERED** that the Debtor's Motion is **DENIED**.

The Clerk is directed to serve a copy of this Order on the Debtor, the Chapter 13 Trustee, all creditors, and other parties in interest.

**END OF DOCUMENT**

## DISTRIBUTION LIST

Tawanna Savage
2254 Old Salem Rd, SE
Conyers, GA 30013

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303